**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DaJuan Saunders - NF4837

**Full Name of Plaintiff        Inmate Number**

Civil No. 3:21cv888

(to be filled in by the Clerk's Office)

v.

City of Scranton

**Name of Defendant 1** Individual & Official capacity

( ✓ ) Demand for Jury Trial

( ) No Jury Trial Demand

Scranton Police Department

**Name of Defendant 2** Invidual & Official capacity

Thomas McDonald

**Name of Defendant 3** Individual & official capacity

Lackawanna County District

**Name of Defendant 4** Attorney Office

**FILED**
**SCRANTON**

MAY 1 7 2021

Per_____
              DEPUTY CLERK

Leonard Namiolka

**Name of Defendant 5** Individual & Official capacity

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section). See Attach page for additional Defendants.

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

John Munley - Individual ; Official Capacity

Name of Defendant 6


Lackawanna County

Name of Defendant 7

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFF

Saunders   Da Juan
_____
Name (Last, First, MI)

NF 4837
_____
Inmate Number

SCI- Coal Township
_____
Place of Confinement

1 Kelly Drive
_____
Address

Coal Township, Northumberland, Pennsylvania 17866
_____
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

_✓_    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.  If incorrect information is provided, it could result in the delay or prevention of service of the complaint. See attached page for additional defendant

Defendant 1:

Cognetti  Paige
_____
Name (Last, First)

Mayor of Scranton
_____
Current Job Title

Scranton City Hall
_____
Current Work Address

Scranton, Lackawanna, Pennsylvania 18503
_____
City, County, State, Zip Code

Defendant 2:

Scranton Police Department

Name (Last, First)

_____

Current Job Title

100 S. Washington Ave

Current Work Address

Scranton Lackawanna, Pennsylvania 18503

City, County, State, Zip Code


Defendant 3:

Thomas McDonald

Name (Last, First)

unKnown

Current Job Title

unKnown

Current Work Address

Scranton, Lockawanna Pennsylvania

City, County, State, Zip Code


Defendant 4:

Lackawanna County District Attorney Office

Name (Last, First)

County Attorney

Current Job Title

135 Jefferson Avenue

Current Work Address

Scranton, Lackawanna Pennsylvania, 18503

City, County, State, Zip Code


Defendant 5:

Kamiolka Leonard

Name (Last, First)

Scranton Police Chief

Current Job Title

100 S. Washington Ave

Current Work Address

Scranton, Lackawanna, Pennsylvania, 18503

City, County, State, Zip Code

Page 3 of 6

Defendant 6:

Munley John

Lackawanna County Detective

135 Jefferson Avenue

Scranton Lackawanna Pennsylvania 18503

Defendant 7:

Lackawanna County

Scranton Lackawanna Pennsylvania

attachment 3 of 6

## III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

In Scranton, PA, and Old Forge, PA, I was arrested By Thomas McDonald on November 20, 2010 and on February 9, 2017 I was arrested By John Munley and Thomas McDonald

B.    On what date did the events giving rise to your claim(s) occur?

On November 20, 2010, February 9, 2017 and May 6, 2020

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

See Attach

4 of 6 (c).

On November 20, 2010 at 1:05 a.m. in the City of Scranton PA. I was stopped at a traffic light waiting for my light to turn green. When ex-officer Thomas McDonald came across my intersection looking into my vehicle as he went by, soon as he noticed that I was Black he activated his emergency lights and began making a U-turn. My light turned green and I entered into the next Block and was immediately stopped by Thomas McDonald. I had not committed any traffic violation to be stopped. I was not told that I had commit any traffic violation when Thomas McDonald made contact with me at my driver window. He asked me where was I going and could he search my vehicle. Allow him to search my vehicle, no contraband was found.

McDonald then asked for my name and social security number to see if I had any warrants. The warrant check come back with me having no warrant/s. The dispatch or Com Center informed McDonald that my vehicle had been pulled over by another officer earlier and someone sober was suppose to park the car. McDonald asked me if my car had been stopped earlier in which I responded, yes. McDonald asked would I do a blood alcohol content test in

which I agreed to do. I was handcuffed and taken to the D.U.I Processing Center and my Blood was taken.

On April 17, 2011, Thomas McDonald filed criminal charges against me for driving under the influence and driving without a license. In the affidavit of probable cause McDonald provided false testimony, & facts to support his arrest and traffic stop of me. McDonald stated he observed me travelling at a high rate of speed, with tinted window, improperly functioning tail light, smelling like a alcohol Beverage and preforming field sobriety test. None of the aforementioned incidents occurred prior to or after the traffic stop. I was stopped Based on Thomas McDonald racially profiling me, in violation of my Equal Protection rights.

The incident report of the traffic stop clearly contradicts the fabricated facts in the affidavit of probabler cause. The Scranton Police Department and Chief Carl Graziano was aware that racial profiling, Bois Behavior and language was Being used in a daily Bosis within the police department and did nothing to correct the Behavior. Which allowed racial profiling to go uncorrected. As the incident report shows from November 20, 2010 at 1:05 a.m. traffic stop of me. Thomas McDonald was not at Cedar Avenue and Orchard street. It shows him at the South Side Complex. This information

was also known to the Lackawanna County District Attorney's office, of the racial bais of Thomas McDonald and that he was never at the location alleged in his affidavit of probable cause. The district attorney's office withheld evidence that would have proven my innocence and showed that McDonald had a racial bais towards Black Amerians and that he provided fabricated facts to support his arrest and traffic stop of me.

On October 25, 2011 I plead guilty to D.U.I. and was sentence to 1 to 5 years in a state prison. Prior to being sentence I was incarcerated on the D.U.T. offense from July 7, 2011 until October 25, 2011. On February 12, 2016 I had the D.U.T conviction overturned. In June of 2016 I spoke with Lackawanna District Attorney Lisa Swift who told me that she no longer handled the D.U.T case and it was given to district attorney Brian Gallagher.

On February 9, 2017 I was arrested By Detective John Munley in the Moosic Motor Inn parking lot, for allegedly making a drug transaction with a female; after Being arrested By John Munley I was placed into a vehicle with Thomas McDonald and John Munley. At this time McDonald stated I got you this time and requested that I allow him and Munley search my apartment. I demied to speak to them

and McDonald radioed to other detectives to contact children and youth services due to me not willing to cooperate.

On June 22, 2017, Thomas McDonald and the Lackawanna County District Attorney's Office refiled criminal charges against me relating to the illegal traffic stop that occured on November 20, 2010. Both Thomas McDonald and the District Attorney's office knew that the stop was illegal, racially motivated, the Blood alcohol content results did not Belong to me, the time to refile/retry me had expired, fact were fabricated in the affidavit to support my arrest and traffic stop

On May 6, 2020 the charge that was refiled on June 25, 2017 was nolle-prosse.

Thomas McDonald stated that the culture at the Scranton Police Department allows racial Bais to go uncorrected. This Behavior lead to my illegal traffic stop and arrest. This Behavior has Be going on at the Scranton Police Department since 2002, and continued you during my traffic stop and refiling of charges in 2010 and 2017. It still cintined while my case was pending and dismissed on May 6, 2020. The City of Scranton has failed to supervise/training the Scranton Police Department in prevention of rising racial Bais

and conduct against minorities. This failure caused Thomas McDonald and at least one other officer to freely discriminate against minorities in the City of Scranton. This Behavior is done on a daily Basis at the Scranton Police Department according to Thomas McDonald. From Patrolman up to supervisors.

John Munley continued the racial Bais and conduct with Thomas McDonald when he assisted McDonald in continuing his racial Bais against me. Munley has also Been racially Bais in filing charges against minorities, and has fabricated facts to secure an arrest. These racial profiling is known By the County as to John Munley and Corey Conrad, and Harold Zech.

I was not given any miranda warning Before Being asked to take a Blood test at the Lackawanna County D.U.I. Processing center. The Blood result were destroyed By the Lackawanna County District Attorney's Office. Those results showed that the BAC results were not Plaintiffs and registered to a Social security number not Belonging to Plaintiff.

Leonard Namiolka was aware Thomas McDonald misconduct and did nothing to stop the prosecution knowing the incident report contradict the affidavit of Probable cause filed By Thomas McDonald.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1). Malicious Prosecution under 42 U.S.C. § 1983; 2) Malicious Prosecution under Pennsylvania Law; 3) Fabrication of Evidence under the 14th Amendment of the United States Constitution 4). Withholding of Evidence (Brady claim) and 5). deliberate deception Both under the 14th Amendment of the United States Constition; 6). 13th Amendment violation of prohibition of slavery; 7) 14th Amendment violation of right to equal protection under the law by committing intentional & purposeful discrimination against me Because I was Black; 8) 42 U.S.C. § 1985 Conspiracy to interfere with civil rights; 9) Neglect to prevent conspiracy under 42 U.S.C. § 1986; and 10). Monell claim under 42 U.S.C. § 1983 and ~~(2) Withholding of Evidence 14th Amendment violation~~

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Incarcerated, vehicle impounded, lost of potential wages subjected to slavery and involuntary servitude.

## VI.    RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

I'm seeking relief in a monetary values, and injuctive order issued to prevent future racial profiling of minorities in Scranton, PA. Compensatory & Punitive damages.

Attached
5 of 6 (IV)

Claim #1: Malicious Prosecution under 42
     #2          U.S.C. 3 1983 ; Pennsylvania Law


On November 20, 2010 at 1:05 am
in the city of Scranton, Pennsylvania. I was
stopped at a traffic light at the
intersection of Hickory Street and South
Washington Avenue in Scranton, PA. When
Thomas McDonald travelling north on
South Washington looked into my car
noticed I was Black he activated his
lights and made a U-turn. Once McDonald
turned around my light turned green and
I went into the 100 Block of Broadway
Street and was immediately stopped by
McDonald.
        McDonald approached my vehicle
and asked where was I going and asked
me to step out the car in which I did.
I then was asked to consent to him
and other officers to search my car. I agreed
and nothing illegal was found. I agreed to
take a Blood test to determine if I
was under the influence, Because of someone
saying that my car had previously Been

1

By a different officer. No Miranda warnings or rights were given Before asking to take a Blood test, or after placing me in handcuffs.

On April 17, 2011 Thomas McDonald filed a criminal complaint and affidavit of probable cause. McDonald made false allegations of me having a Broken tail light, tinted windows, travelling at a unsafe speed. I never was travelling at a unsafe speed when I encountered McDonald I was completely stopped at a red traffic light. I also did not have tinted windows or improperly working tail light. These fabricated facts were made to justify the traffic stop. McDonald also was not located at Orchard street and Cedar Avenue at 1:05 a.m. in Scranton PA on November 20, 2010. He was located in the South Side Complex as shown in the incident report. See **Exhibit A** Incident Report row #3.

On October 25, 2011 I plead guilty to D.U.I. highest rate. On February 16, 2016 the Federal Court vacated this

2

conviction due to invalid Blood results
to convict me for dui and ineffective
assistance of counsel. Establishing a favorable termination

On June 22, 2011 a charge
was filed pursuant to the traffic stop that
occurred on November 20, 2011 of general
impairment. On May 6, 2020 this charge
was nolle prossed due to creditabilities
issues with the arresting officer Thomas
McDonald. See Exhibit B, Court Order
nolle-prosse charge and case; establishing
a favorable termination.

McDonald acted maliciously in
stopping me Based on my race, fabricating
facts to support his traffic stop, in his
affidavit of probable cause, fabricating facts
of smelling alcohol and conducting a field sobriety
test. He filed charges knowing that he
used false accusation in the affidavit of
probable cause. McDonald caused me to
Be incarcerated in the Lackawanna County
Prison from December 01, 2010 - January 11, 2012
Based on his illegal traffic stop and arrest
due to the fabricated accusations in the
affidavit of probable cause. I was again

3

Prosecuted on June 22, 2017 Based on the racist, illegal traffic stop of me on November 20, 2010.

John Munley continued the malicious prosecution with Thomas McDonald By placing me in a vehicle with McDonald on February 9, 2017. As McDonald stated I got you now. Munley and McDonald tried to unsuccessfully to get to consent to a house search. While incarcerated for the arrest occuring on February 9, 2017. McDonald charge me again for the offense of General Impairment that occured on November 20, 2010, But was not on the charging docket sheet. While this case was pending and prior McDonald continued his racist Bais policing of minorities. See **Exhibit C**, racist text messages from Thomas McDonald while employed at the Scranton Police Department. and

Claim #3: Fabrication of Evidence

Thomas McDonald lied in his affidavit of probable cause as to his location in Scranton PA at 1:05 a.m. on November 20, 2010 as to Being at Orchard

4

Street and Cedar Avenue. The incident report clearly shows McDonald at the South Side Complex. See **Exhibit A.** The Blood Alcohol Content was invalid, no one investigated into why the Blood draw was untimely. McDonald was required to investigate into why the BAC results were untimely Before offering the results to the Commonwealth and/or Magistrate for approval. The BAC results were offered in Bad faith. The BAC results were not mine, they are registered to some else's social security number it still given to me although it was incorrect.

I was not travelling at a unsafe speed, I did not tinted windows or a improperly working taillight. McDonald never was travelling Behind my vehicle on Mattes Ave. This is proven By his location on the incident report. These allegations were offered in Bad faith and had they not Been offered I would not have Been arrested in this case or convicted

Claim # 4 Withholding Evidence

Thomas McDonald knew that he was and had stopped my vehicle Based on

5

racial profiling that the culture of the Scranton Police Department allowed him to continue his racist Bais policing that he fabricated facts about his location to support his illegal traffic stop given to magistrate in Bad faith and was incorrect.

The fabricated facts given by Thomas McDonald in the affidavit of probable cause of me travelling at a unsafe speed, having tinted windows and improperly working tail lights, smelling alcohol was incorrect and McDonald was aware of that. This fabrication of evidence was so significant that it established probable cause when there was no probable cause without these fabricate facts.

Claim #5 Deliberate Deception

Thomas McDonald Knew that I did not have tinted window, improperly working tail light, was travelling at a unsafe speed, failed a field sobriety test But used this fabricated story to take a magistrate and establish probable cause for my arrest.

6

Claim #6 Prohibition of slavery

Thomas McDonald Knowly caused me to hand-cuffed, held in a prison cell subjected to someone controlling my every move. for years. This was based on my race of being Black and he targeted me with this racist mindset and purpose. This Behavior is condoned by the Scranton Police Department, Thomas McDonald and City of Scranton. See Exhibit C.

Claim #7 Violation of my Equal Protection rights

I was stopped on November 20, 2010 at 1:05 a.m. in Scranton Police Officer Thomas McDonald Based on my race of Being Black in a effort to conceal his ~~attention~~ intentions for the traffic stop he fabricate a story of traffic violations that never occurred. This racial Bais is shown in his text messages while on duty during the pending of the criminal case and said to exist in the Scranton Police Department as the culture. The

7

moment McDonald notice that I was Black he activated his emergency lights and conducted a traffic stop and arrest of me without any probable cause.

Claim #8 42 U.S.C. § 1985 Conspiracy to interfere with civil rights.

Thomas McDonald, Scranton Police Department and City of Scranton have interfere with my civil rights to not Be enslaved. as prohibited By the 13th Amendment of the United States constitution or targeted for slavery, not to Be targeted intentionally for discriminatory purposes in traffic stops, arrest and convictions.

On November 20, 2010 I was intentionally discriminated against By Thomas McDonald, and other responding officers and arrested Based on fabricated facts By the arresting officers Thomas McDonald. this racist Behavior was condoned at the Scranton Police Department By supervisors and is so wide spread it is consumed to Be the culture of the Police Department. See Exhibit C.

8

Claim # 9 Neglect to Prevent Conspiracy
under 42 U.S.C. § 1983

The Scranton Police Department
and City of Scranton has neglected to
address the racist culture within the Scranton
Police Department which allowed Thomas McDonald
to racial profile me for a traffic stop,
arrest on November 20, 2010 and 2017, file
invalid charges against me and with the
intent to violate my 4th, 13th, And 14th
Amendment rights under the United States
Constitution

Leonard Namiolka as a supervisor
was aware of Thomas McDonald fabricated
facts in the affidavit being contradicted by
the incident report and the culture at
the Scranton Police Department

Lackawanna County District Attorney's
Office allowed John Munley and Thomas McDonald
engaged in a continuous harrasment of my civil
rights during my arrest on February 9, 2017, and
filing charges that were invalid, time barred
and abuse of process on June 22, 2017.

9

Claim #10 Monell Claim

I was provide the racist text messages from Thomas McDonald on August of 2020. These text messages showed that Thomas McDonald engaged in racist Bais policing procedures unchallenged By the Scranton Police Department and it was stated By Thomas McDonald that this racist Behavior is the culture of the Department and is done By patorol-men to Supervisors at the Department. Making this Behavior a custom of the Department and should have Been Known By the city of Scranton.

Although the Scranton Police Department was aware of McDonald's actions in January of 2020 for sure they still allowed him to work there another five (5) months. They were also aware of his Behavior in 2017 when D.U.I charges were filed against me and still employed him.

I've Been racially profiled By Scranton Police officers on numerous occassions and arrested and convicted Based on racial

10

Profiling in 2002. Although I stated that it was not me, I was ignored and charged.

This racism within the Scranton Police Department its consider a custom that the City of Scranton has to be aware of and has failed to supervise and train.

I would like to reserve the right to admend any and all claims raised in this civil action as I not learned in filing civil law-suits and don't understand the requirements of some of these claims.

11

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.


_____
Signature of Plaintiff

May 12, 2021
_____
Date



# Incident Report



**Be Part of The Solution**

| | | | |
|---|---|---|---|
| Print Date/Time: | 05/18/2019 10:24 | | Scranton Police Department |
| Login ID: | namiotkal | | ORI Number:    PA0350400 |

**Incident:    2010-00053055**

| | | | |
|---|---|---|---|
| Incident Date/Time: | 11/20/2010 1:05:43 AM | Incident Type: | Traffic Stop |
| Location: | 200 BROADWAY ST | Venue: | 50 |
| | Scranton PA 18505 | | |
| Phone Number: | | Source: | Telephone |
| Report Required: | No | Priority: | NON-EMERGENT |
| Prior Hazards: | No | Status: | In Progress |
| LE Case Number: | | Nature of Call: | at broadway pa tag hne3501 |

### Unit/Personnel

| Unit | Personnel |
|---|---|
| E-6 | 31544-MCDONALD |
| S-1 | 38184-McLANE |
| W-3 | 38192-HURCHICK |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| | Caller | e6 | <UNKNOWN> Jermyn PA | | | | |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

### Disposition(s)

| Disposition | Count |
|---|---|

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Ref: 1933403 pg 48 of 52 Con DAJUAN SAUNDERS

Print Date/Time: 6/18/2019 10:33:08

| Date/Time MachineID | User | Action | Description |
|---|---|---|---|
| 11/20/2010 02:25:05 CAD_DISP17 | Michelle MECCA - MECCAM | Call Cleared | |
| 11/20/2010 02:25:04 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit W-3 cleared from call |
| 11/20/2010 01:55:24 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit E-6 cleared from call |
| 11/20/2010 01:54:37 CAD_DISP26 | Jerry HAYES - HAYESJ | Narrative Added | at the ctr,, mil 832 |
| 11/20/2010 01:51:24 CAD_DISP26 | Jerry HAYES - HAYESJ | Narrative Added | w-3 trans 1 to the DUI ct5r    831 mil |
| 11/20/2010 01:35:18 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit S-1 cleared from call |
| 11/20/2010 01:22:52 CAD_DISP17 | Michelle MECCA - MECCAM | Narrative Added | maurice brown 19790509 |
| 11/20/2010 01:22:45 CAD_DISP17 | Michelle MECCA - MECCAM | Narrative Added | dajuan sauders 19820826 |
| 11/20/2010 01:09:18 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit W-3 At Scene |
| 11/20/2010 01:09:17 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit S-1 At Scene |
| 11/20/2010 01:09:14 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit W-3 Dispatched |
| 11/20/2010 01:07:54 CAD_DISP17 | Michelle MECCA - MECCAM | Narrative Added | c-1 had this veh pulled over earlier sober person was supposed to park the car |
| 11/20/2010 01:06:19 CAD_DISP17 | Michelle MECCA - MECCAM | Person Updated | Name: e6,,, Location: <UNKNOWN> |
| 11/20/2010 01:06:16 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit S-1 Dispatched |
| 11/20/2010 01:06:14 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit E-6 At Scene |
| 11/20/2010 01:06:12 CAD_DISP17 | Michelle MECCA - MECCAM | Unit Status Action | Unit E-6 Dispatched |
| 11/20/2010 01:06:12 CAD_DISP17 | Michelle MECCA - MECCAM | Incident Created | Added Incident Number, ORI: PA0350400, Number: 2010-00053055 |
| 11/20/2010 01:06:09 CAD_DISP17 | Michelle MECCA - MECCAM | Call Ready for Dispatch | |
| 11/20/2010 01:06:09 CAD_DISP17 | Michelle MECCA - MECCAM | Call Type | NewCallType: TRAF, Status: In Progress, Priority: NON-EMERGENT |
| 11/20/2010 01:06:08 CAD_DISP17 | Michelle MECCA - MECCAM | Narrative Added | Nature Of Call: at broadway pa tag hne3501 |
| 11/20/2010 01:06:08 CAD_DISP17 | Michelle MECCA - MECCAM | Call Updated | Nature of Call: at broadway pa tag hne3501 |
| 11/20/2010 01:05:59 CAD_DISP17 | Michelle MECCA - MECCAM | Location | Location: SOUTH SIDE COMPLEX, Venue: 50 |
| 11/20/2010 01:05:43 CAD_DISP17 | Michelle MECCA - MECCAM | Person Added | Name: |
| 11/20/2010 01:05:43 CAD_DISP17 | Michelle MECCA - MECCAM | Call Created | New call created. Call Type: OTHR, Location: , Phone Number: , Name: |

Total Rows: 24

*Exhibit B*

COMMONWEALTH OF PENNSYLVANIA  : IN THE COURT OF COMMON PLEA
                                                      : OF LACKAWANNA COUNTY
                                                      :
V.                                                    : CRIMINAL DIVISON
                                                      :
                                                      :
DAJUAN SAUNDERS                          : 11 CR 1456

ORDER

AND NOW this 6th day of May, 2020 it is ORDERED and DECREED that the above captioned matter is here by nolle prosequi based on prosecutorial discretion.

_____
Brian J. Gallagher
Deputy District Attorney

MAURI B KELLY
LACKAWANNA COUNTY
2020 MAY -7 A 11: 55
CLERK OF JUDICIAL
RECORDS CRIMINAL
DIVISION

BY THE COURT

_____

*Exhibit C*

# Scranton Police Department
## Captain Dennis Lukasewicz

Scranton Police Headquarters
100 South Washington Avenue
Scranton, Pennsylvania 18503
Tel: (570) 558-8341
Cell: (570) 309-5939
Fax: (570) 207-0418
Email:dlukasewicz@scrantonpa.gov

 **Be Part of The Solution**

_____SCRANTON

TO: Corporal Thomas McDonald                     January 17, 2020
FROM: Captain Dennis Lukasewicz
RE: Internal Investigation

Corporal McDonald,

In mid-December, Chief Graziano received information from the Pennsylvania State Police (PSP) regarding text messages recovered from an iphone that allegedly belonged to you. These text messages were recovered during the course of a PSP investigation. Chief Graziano subsequently assigned me to conduct an internal investigation to assess any possible violations of Scranton Police Department policies and procedures or rules and regulations, specifically, the use of racist or stereotypical words or phrases when referring to minorities.

I received a disc containing 8381 pages of text messages from several people. These pages of text spanned from 12-30-2016 to 09-20-2018. These pages contained 7940 chats including those that appear to have been typed during working hours. During the course of my investigation I have reviewed the chats and identified the following number of racist words or phrases, and the groups they appear to reference, that appear to have been sent from phone numbers either currently used or previously used by you.

- Blacks/ African Americans    76 (highlighted in orange)
- Hispanic/ Latino              6 (highlighted in pink)
- Middle Eastern                3 (highlighted in yellow)

Based on these results, and to further the internal investigation I am ordering you to answer the following questions. As this is an administrative matter you are required to answer these questions truthfully and completely or you may be subjected to disciplinary action up to and including dismissal.

1

1. Do you recognize the following phone numbers and who they currently or previously belonged to?

570-840-7169 ~ old @ cell phone of mine
570-687-1083 - current cell phone #
570-780-1631 - officer Giffords

A.

2. Did you send the text messages identified?

A. Yes

3. Looking at the words/phrases used, do you believe they could be construed as racist?

A. They could be construed that way.

4. Did you use them with racist intentions?

A. NO

2

5. If not, how do you explain their usage/context?

A. A lack of professionalism & insensitive.

6. Have you, in your official capacity as a police officer, identified or stopped suspects based solely on race?

A. NEVER! I beleive my record would show over my career that a majority of my contacts, citations, & arrests are with caucasion people.

7. Do you have anything to add pertaining to this interview?

A. I am aware that making those comments were inappropriate & unprofessional and never should have been sent. However these types of comments are made on a daily basis here at the Scranton Police Dept. That is the culture at this department. During my career I have heard those same types of comments made by patrolman all the way up to supervisors, and not once do I recall anyone taking offense or trying to correct that behavior. If it was not for a different investigation currently being conducted these messages would never have been found. Also these messages do not pertain to myself or any other officer signaling out any minority for prosecution.

3

6/2/2018 10:46:53 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Are you a mud shark

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

6/2/2018 10:47:30 PM(UTC-4), +15707801631 (Gifford Bryanna)
Omg no I had to keep myself from saying nigger like 800 times

Status: Read

6/2/2018 10:48:01 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Hahaha

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

6/2/2018 10:48:51 PM(UTC-4), +15707801631 (Gifford Bryanna)
I seriously had to stop myself haha

Status: Read

6/2/2018 10:49:27 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Bg

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

6/2/2018 10:50:38 PM(UTC-4), +15707801631 (Gifford Bryanna)
I'm on my way

Status: Read

6/2/2018 10:51:27 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 1215 | Participants:<br>+15707801631<br>▲ ▲ ▲<br>Gifford Bryanna*<br>▲ ▲ ▲<br>+15706871083<br>▲ ▲ ▲<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-1215.txt | Start Time: 6/2/2018 10:36:38 PM(UTC-4)<br>Last Activity: 6/2/2018 10:36:38 PM(UTC-4)<br>Number of attachments: 0 | |

6/2/2018 10:36:38 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I'm home baby

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 1216 | Participants:<br>+15707801631<br>▼ ▼ ▼<br>Gifford Bryanna*<br>▼ ▼ ▼<br>+15706871083<br>▼ ▼ ▼<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-1216.txt | Start Time: 6/2/2018 10:14:51 PM(UTC-4)<br>Last Activity: 6/2/2018 10:24:05 PM(UTC-4)<br>Number of attachments: 0 | |

6/2/2018 10:14:51 PM(UTC-4), +15707801631 (Gifford Bryanna)
You won't

Status: Read

6/2/2018 10:15:02 PM(UTC-4), +15707801631 (Gifford Bryanna)
I have a blowie to bet

Status: Read

4/23/2018 11:05:10 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Guess it's no big secret.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/23/2018 11:05:30 AM(UTC-4), +15707801631 (Gifford Bryanna)
Is danielles husband the one who owns Carmella's? Or is that the Padula's ?

Status: Read

4/23/2018 11:06:24 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Idk babe

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/23/2018 11:08:24 AM(UTC-4), +15707801631 (Gifford Bryanna)
I can't believe this

Status: Read

4/23/2018 11:08:44 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Your now the mud shark sista hood.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/23/2018 11:08:56 AM(UTC-4), +15707801631 (Gifford Bryanna)
Ok. And what are you with all the disgusting things Larry bangs ?

Status: Read

4/23/2018 11:09:22 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Don't try to turn this on larry.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/23/2018 11:09:30 AM(UTC-4), +15707801631 (Gifford Bryanna)
Ohhhh

Status: Read

4/23/2018 11:09:45 AM(UTC-4), +15707801631 (Gifford Bryanna)
He was a scumbag the last couple weeks. Now he's back to work so you have to be fake again

Status: Read

4/23/2018 11:10:19 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
No.  I'm doing a report.  I'm just telling you about that girl.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/23/2018 11:10:28 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I don't give a fuck who bangs who

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/23/2018 11:10:34 AM(UTC-4), +15707801631 (Gifford Bryanna)
Her husband just bought her a brand new Escalade not too long ago

Status: Read

4/21/2018 7:47:37 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Hahaha. Ok.

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 1889 | Participants:<br>+15707801631<br>* * *<br><br>Gifford Bryanna*<br>* * *<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-1889.txt | | Start Time: 4/21/2018 7:47:00 PM(UTC-4)<br>Last Activity: 4/21/2018 7:47:00 PM(UTC-4)<br>Number of attachments: 0 | |
|---|---|---|---|---|

4/21/2018 7:47:00 PM(UTC-4), +15707801631 (Gifford Bryanna)
Probably not babe. I'll just have to watch you jerk off

Status: Read

| 1890 | Participants:<br>+15707801631<br>* * *<br><br>Gifford Bryanna*<br>* * *<br><br>+15706871083<br>* * *<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-1890.txt | | Start Time: 4/21/2018 7:46:41 PM(UTC-4)<br>Last Activity: 4/21/2018 7:46:41 PM(UTC-4)<br>Number of attachments: 0 | |
|---|---|---|---|---|

4/21/2018 7:46:41 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I know BG. Should we not have sex tonight.

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 1891 | Participants:<br>+15707801631<br>* * *<br><br>Gifford Bryanna*<br>* * *<br><br>+15706871083<br>* * *<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-1891.txt | | Start Time: 4/21/2018 4:57:59 PM(UTC-4)<br>Last Activity: 4/21/2018 7:45:36 PM(UTC-4)<br>Number of attachments: 1 | |
|---|---|---|---|---|

4/21/2018 4:57:59 PM(UTC-4), +15707801631 (Gifford Bryanna)
I just saw the coolest thing on a Malibu ll

Status: Read

4/21/2018 4:58:29 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
What

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/21/2018 4:58:48 PM(UTC-4), +15707801631 (Gifford Bryanna)
The word Malibu on the trunk was all lit

Status: Read

4/21/2018 4:59:10 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
You'll look like a

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/21/2018 4:59:21 PM(UTC-4), +15707801631 (Gifford Bryanna)
It was sick

Status: Read

4/18/2018 6:23:50 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Why's that funny

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/18/2018 6:24:00 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
What am I missing here

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/18/2018 6:24:25 PM(UTC-4), +15707801631 (Gifford Bryanna)
You said you'd text me and didn't

Status: Read

4/18/2018 6:25:05 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I just left you

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/18/2018 6:25:21 PM(UTC-4), +15707801631 (Gifford Bryanna)
Oh well.

Status: Read

4/18/2018 6:48:10 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Hi baby

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/18/2018 6:52:43 PM(UTC-4), +15707801631 (Gifford Bryanna)
Hey

Status: Read

4/18/2018 6:53:00 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Love you

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/18/2018 6:54:04 PM(UTC-4), +15707801631 (Gifford Bryanna)
Love you too

Status: Read

4/18/2018 7:08:11 PM(UTC-4), +15707801631 (Gifford Bryanna)
The mall smells like weed so bad

Status: Read

4/18/2018 7:28:37 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Filled with dirty nigs

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/18/2018 7:30:06 PM(UTC-4), +15707801631 (Gifford Bryanna)
Yep

Status: Read

4/18/2018 7:31:40 PM(UTC-4), +15707801631 (Gifford Bryanna)
This game better not fucking take long

Status: Read

4/3/2018 8:08:06 PM(UTC-4), +15707801631 (Gifford Bryanna)
Adam Calderon

Status: Read

4/3/2018 8:09:48 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Never heard of him.

| Participants: | | | |
|---|---|---|---|
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/3/2018 8:09:51 PM(UTC-4), +15707801631 (Gifford Bryanna)
Nig

Status: Read

4/3/2018 8:09:56 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Sounds like a

| Participants: | | | |
|---|---|---|---|
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/3/2018 8:10:04 PM(UTC-4), +15707801631 (Gifford Bryanna)
I'm starving

Status: Read

4/3/2018 8:10:10 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok

| Participants: | | | |
|---|---|---|---|
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/3/2018 8:10:29 PM(UTC-4), +15707801631 (Gifford Bryanna)
Idk

Status: Read

4/3/2018 8:10:30 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Why didn't you eat

| Participants: | | | |
|---|---|---|---|
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/3/2018 8:11:14 PM(UTC-4), +15707801631 (Gifford Bryanna)
Why didn't you offer to get my anything?

Status: Read

4/3/2018 8:13:23 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Because I thought you ate

| Participants: | | | |
|---|---|---|---|
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/3/2018 8:13:41 PM(UTC-4), +15707801631 (Gifford Bryanna)
You didn't even ask if I ate.

Status: Read

4/3/2018 8:14:06 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I assumed you did

| Participants: | | | |
|---|---|---|---|
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/3/2018 8:14:14 PM(UTC-4), +15707801631 (Gifford Bryanna)
Well you were wrong

Status: Read

10/13/2017 9:07:32 AM(UTC-4), +15707801631 (Gifford Bryanna)
So the guy I pulled over the other night on Mary St. was the driver. His passenger got out and took off when Jeff pulled them over.

Status: Read

10/13/2017 9:10:03 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ohh.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

10/13/2017 9:10:30 AM(UTC-4), +15707801631 (Gifford Bryanna)
You don't care

Status: Read

10/13/2017 9:10:41 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I do.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

10/13/2017 9:11:01 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I knew that guy was up to shit

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

10/13/2017 9:11:30 AM(UTC-4), +15707801631 (Gifford Bryanna)
He moved from 593 Mary to the house across from Toyota with the nigs

Status: Read

10/13/2017 9:12:09 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
We have complaints on that house too

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

10/13/2017 9:12:32 AM(UTC-4), +15707801631 (Gifford Bryanna)
Yeah I'll fuck with them

Status: Read

10/13/2017 9:13:05 AM(UTC-4), +15707801631 (Gifford Bryanna)
That drakes car the silver mercury is super tinted is type f suspension, he doesn't have a license and the inspection is from January of 16.

Status: Read

10/13/2017 9:14:17 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Dumb nig

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

10/13/2017 9:17:18 AM(UTC-4), +15707801631 (Gifford Bryanna)
I might not even be here till 2 depends on the psych ward

Status: Read

10/13/2017 9:18:37 AM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

10/13/2017 9:21:13 AM(UTC-4), +15707801631 (Gifford Bryanna)
What do you wanna do before the game tonight?

Status: Read

8/8/2017 10:10:34 PM(UTC-4), +15707801631 (Gifford Bryanna)
K

Status: Read

8/8/2017 10:53:28 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Is mia a mud shark? She's here talking to some nig

| Participants: | | | |
| --- | --- | --- | --- |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

8/8/2017 10:55:00 PM(UTC-4), +15707801631 (Gifford Bryanna)
I didn't think so but who knows

Status: Read

8/8/2017 10:55:06 PM(UTC-4), +15707801631 (Gifford Bryanna)
I just left

Status: Read

8/8/2017 10:55:09 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
He seems like an ok guy. Looks like he works

| Participants: | | | |
| --- | --- | --- | --- |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

8/8/2017 10:55:13 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok baby.

| Participants: | | | |
| --- | --- | --- | --- |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

8/8/2017 10:58:27 PM(UTC-4), +15707801631 (Gifford Bryanna)
Yu must have a pipe there and can't answer me

Status: Read

8/8/2017 11:02:31 PM(UTC-4), +15707801631 (Gifford Bryanna)
Guess this is the new dumpster

Attachments:

52394052828   E90E9932-6662-41B2-8308-
2FD5E6D1581E.JPG.jpeg

Status: Read

8/8/2017 11:09:33 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Wtf

| Participants: | | | |
| --- | --- | --- | --- |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

8/8/2017 11:21:35 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
The girl cooking didn't know I was here. I've been ducking waiting.   On my way now

| Participants: | | | |
| --- | --- | --- | --- |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

8/8/2017 11:21:50 PM(UTC-4), +15707801631 (Gifford Bryanna)
She's a retard.

Status: Read

7/31/2017 2:37:07 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Yeah. It sounds nice

| Participants: | | | |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/31/2017 2:37:58 PM(UTC-4), +15707801631 (Gifford Bryanna)
I'm gonna go float in the salt water and get domestic violence counseling

Status: Read

7/31/2017 2:38:15 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Hahahahaha.

| Participants: | | | |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/31/2017 2:39:17 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
They jus t arrested someone over at mineral Ave

| Participants: | | | |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/31/2017 2:39:34 PM(UTC-4), +15707801631 (Gifford Bryanna)
Yes

Status: Read

7/31/2017 2:39:45 PM(UTC-4), +15707801631 (Gifford Bryanna)
Fuck them

Status: Read

7/31/2017 2:39:57 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Dirty

| Participants: | | | |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/31/2017 2:40:33 PM(UTC-4), +15707801631 (Gifford Bryanna)
If it's Carlos go fuck with him for talking shit to me.

Status: Read

7/31/2017 2:43:05 PM(UTC-4), +15707801631 (Gifford Bryanna)
Where are you

Status: Read

7/31/2017 2:43:06 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok. Let me find out who it is

| Participants: | | | |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/31/2017 2:43:57 PM(UTC-4), +15707801631 (Gifford Bryanna)
Nvm you're not at work.

Status: Read

7/31/2017 2:45:04 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
What

| Participants: | | | |
| Participant | Delivered | Read | Played |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/31/2017 2:45:25 PM(UTC-4), +15707801631 (Gifford Bryanna)
I didn't know if you were at the building

Status: Read

7/30/2017 7:55:58 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Definitely drug deal gone wrong

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 5108 | Participants:<br>+15707801631<br>* * *<br>Gifford Bryanna*<br>* * *<br>+15706871083<br>* * *<br>Source: IMessages<br>Source Extraction: Logical<br>Body file: chat-5108.txt | Start Time: 7/30/2017 7:45:48 PM(UTC-4)<br>Last Activity: 7/30/2017 7:45:48 PM(UTC-4)<br>Number of attachments: 0 | |
|---|---|---|---|

7/30/2017 7:45:48 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Babe are you ok

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 5109 | Participants:<br>+15707801631<br>* * *<br>Gifford Bryanna*<br>* * *<br>+15706871083<br>* * *<br>Source: IMessages<br>Source Extraction: Logical<br>Body file: chat-5109.txt | Start Time: 7/30/2017 6:57:27 PM(UTC-4)<br>Last Activity: 7/30/2017 7:17:25 PM(UTC-4)<br>Number of attachments: 0 | |
|---|---|---|---|

7/30/2017 6:57:27 PM(UTC-4), +15707801631 (Gifford Bryanna)
Sex ......

Status: Read

7/30/2017 6:57:42 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I was hoping you'd say that

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/30/2017 7:08:55 PM(UTC-4), +15707801631 (Gifford Bryanna)
We had shots fired. Some nig

Status: Read

7/30/2017 7:09:13 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Where at

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

7/30/2017 7:16:31 PM(UTC-4), +15707801631 (Gifford Bryanna)
Mineral Ave.

Status: Read

7/30/2017 7:17:25 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I arrested a guy from there about 2 months ago. There's suppose to be a bunch of ▓▓▓▓ selling up there

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/21/2017 4:23:39 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I hope you have me at lest a 3.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 6336 | Participants:<br>+15707801631<br>* * *<br>Gifford Bryanna*<br>* * *<br>+15706871083<br>* * *<br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-6336.txt | Start Time: 4/21/2017 3:46:40 PM(UTC-4)<br>Last Activity: 4/21/2017 3:59:42 PM(UTC-4)<br>Number of attachments: 0 | |

4/21/2017 3:46:40 PM(UTC-4), +15707801631 (Gifford Bryanna)
Kjp0555

Status: Read

4/21/2017 3:51:15 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok. Running it now

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/21/2017 3:58:24 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
It could Mrs back to a ⬛from Hampton st

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/21/2017 3:58:57 PM(UTC-4), +15707801631 (Gifford Bryanna)
It was deff a white guy

Status: Read

4/21/2017 3:59:42 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 6337 | Participants:<br>+15707801631<br>* * *<br>Gifford Bryanna*<br>* * *<br>+15706871083<br>* * *<br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-6337.txt | Start Time: 4/21/2017 1:58:57 PM(UTC-4)<br>Last Activity: 4/21/2017 2:57:51 PM(UTC-4)<br>Number of attachments: 0 | |

4/21/2017 1:58:57 PM(UTC-4), +15706871083 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Love it

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/21/2017 2:49:53 PM(UTC-4), +15707801631 (Gifford Bryanna)
What're you doing

Status: Read

| 6341 | Participants:<br>+15707801631<br>▾ ▾ ▾<br><br>Gifford Bryanna▾<br>▾ ▾ ▾<br><br>+15706871083<br>▾ ▾ ▾<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-6341.txt | Start Time: 4/20/2017 3:58:43 PM(UTC-4)<br>Last Activity: 4/21/2017 12:48:11 PM(UTC-4)<br>Number of attachments: 4 |
|---|---|---|

4/20/2017 3:58:43 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I'm always watching

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Attachments:

IMG_0477.JPG
Status: Sent

4/20/2017 3:59:39 PM(UTC-4), +15707801631 (Gifford Bryanna)
You're such a creep

Status: Read

4/20/2017 4:00:47 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/20/2017 4:01:11 PM(UTC-4), +15707801631 (Gifford Bryanna)
Bitch go fetch me a drink.

Status: Read

4/20/2017 4:04:49 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Nigga please

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/20/2017 4:05:11 PM(UTC-4), +15707801631 (Gifford Bryanna)
I'm thirsty !!

Status: Read

4/20/2017 4:31:43 PM(UTC-4), +15706871083 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
All a husband is here drinking lol

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

4/20/2017 4:33:06 PM(UTC-4), +15707801631 (Gifford Bryanna)
I saw who's the lady

Status: Read

4/20/2017 4:52:58 PM(UTC-4), +15707801631 (Gifford Bryanna)
I wouldn't mind my bf buying me this.

Attachments:

IMG_0924.PNG.png
Status: Read

4/20/2017 5:06:33 PM(UTC-4), +15707801631 (Gifford Bryanna)
If you don't want to go out with my friends anymore we won't.

Status: Read

2/15/2017 3:38:55 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Tell him they haven't skipped anyone here in a long long time. I think I was re last person they skipped for when I got promoted.

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

2/15/2017 3:39:11 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Lynady doesn't have a chance here

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

2/15/2017 3:39:34 PM(UTC-5), +15707801631 (Gifford Bryanna)
Good he's a scumbag. Malone wants the full time job at the sheriffs he's hoping they hire before Scranton does

Status: Read

2/15/2017 3:41:05 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Why would he want to work there at the sheriffs full time? They're just glorified security guards. Hahaha

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

2/15/2017 3:44:19 PM(UTC-5), +15707801631 (Gifford Bryanna)
He's lazy

Status: Read

2/15/2017 3:51:52 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
You know why right

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

2/15/2017 3:56:12 PM(UTC-5), +15707801631 (Gifford Bryanna)
No ?

Status: Read

2/15/2017 3:57:22 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
He's a nigger.

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

2/15/2017 3:57:29 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
With an Irish name. Hahahaa

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

2/15/2017 3:57:47 PM(UTC-5), +15707801631 (Gifford Bryanna)
He was adopted

Status: Read

2/15/2017 3:59:53 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Still has that nig blood in him

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/30/2017 5:54:02 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I never said I was mad or didn't like you.  I just can't stand when I screw up.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

**Participants:**

Status: Sent

1/30/2017 5:55:41 PM(UTC-5), +15707801631 (Gifford Bryanna)
Everyone screws up.. you work with retards this is minor I'm sure

Status: Read

1/30/2017 5:57:00 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Yeah it is.

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/30/2017 5:58:25 PM(UTC-5), +15707801631 (Gifford Bryanna)
Cheer up please. For me at least

Status: Read

1/30/2017 6:06:04 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I'm good babe. I promise.

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/30/2017 6:07:19 PM(UTC-5), +15707801631 (Gifford Bryanna)
I love you

Status: Read

1/30/2017 6:11:32 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Love you too babe

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/30/2017 6:11:55 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Gonna interview this nig real quick

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/30/2017 6:13:07 PM(UTC-5), +15707801631 (Gifford Bryanna)
Ok babe.

Status: Read

1/30/2017 6:13:15 PM(UTC-5), +15707801631 (Gifford Bryanna)
Call me when you're done

Status: Read

1/30/2017 6:13:31 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok.

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/30/2017 6:52:01 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Getting a little ot tonight.

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

| 7307 | Participants:<br>+15707801631<br>* * *<br>Gifford Bryanna*<br>* * *<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-7307.txt | Start Time: 1/26/2017 5:34:57 PM(UTC-5)<br>Last Activity: 1/26/2017 5:34:57 PM(UTC-5)<br>Number of attachments: 0 |
|---|---|---|

1/26/2017 5:34:57 PM(UTC-5), +15707801631 (Gifford Bryanna)
I can't wait to cuddle

Status: Read

| 7308 | Participants:<br>+15707801631<br>* * *<br>Gifford Bryanna*<br>* * *<br>+15708407169<br>* * *<br><br>Source: iMessages<br>Source Extraction: Logical<br>Body file: chat-7308.txt | Start Time: 1/26/2017 2:36:58 PM(UTC-5)<br>Last Activity: 1/26/2017 5:23:06 PM(UTC-5)<br>Number of attachments: 0 |
|---|---|---|

1/26/2017 2:36:58 PM(UTC-5), +15707801631 (Gifford Bryanna)
Okay

Status: Read

1/26/2017 2:37:11 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Mike canceled that buy on me

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/26/2017 2:37:20 PM(UTC-5), +15707801631 (Gifford Bryanna)
Why??

Status: Read

1/26/2017 2:37:35 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
He didn't say.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/26/2017 2:37:43 PM(UTC-5), +15707801631 (Gifford Bryanna)
He's weird

Status: Read

1/26/2017 2:40:22 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I'm gonna kill him. His wife probably doesn't want him working late tonight.

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/26/2017 2:49:15 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Call me quick

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/26/2017 2:49:58 PM(UTC-5), +15707801631 (Gifford Bryanna)
Give me a sec

Status: Read

1/26/2017 2:50:58 PM(UTC-5), +15708407169 => To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ok. I got a dark red explorer in front of me with a nig driving it

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/25/2017 9:34:17 PM(UTC-5), +15707801631 (Gifford Bryanna)
Ya because you walked down that hallway

Status: Read

1/25/2017 9:34:24 PM(UTC-5), +15707801631 (Gifford Bryanna)
I didn't know where you were going

Status: Read

1/25/2017 9:34:51 PM(UTC-5), +15708407169 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Ohhh. It just loops around

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/25/2017 9:35:13 PM(UTC-5), +15708407169 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I didn't want that nig to see me.

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/25/2017 9:35:37 PM(UTC-5), +15707801631 (Gifford Bryanna)
Yes so I thought you were just gonna go out the back door so I left

Status: Read

1/25/2017 9:37:05 PM(UTC-5), +15708407169 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
I'm sorry babe.

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/25/2017 9:39:58 PM(UTC-5), +15707801631 (Gifford Bryanna)
I would've loved a goodbye kiss

Status: Read

1/25/2017 9:41:55 PM(UTC-5), +15708407169 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
So would I

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/25/2017 9:42:07 PM(UTC-5), +15708407169 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
It's so hard to not kiss you when I see you.

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/25/2017 9:43:00 PM(UTC-5), +15707801631 (Gifford Bryanna)
I keep forgetting I can kiss you whenever I see you now ..

Status: Read

1/25/2017 9:43:31 PM(UTC-5), +15708407169 ⇒ To: +15707801631 Gifford Bryanna (Gifford Bryanna)
Yeah.

Participants:

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15707801631 Gifford Bryanna | | | |

Status: Sent

1/25/2017 9:47:20 PM(UTC-5), +15707801631 (Gifford Bryanna)
Sorry

Status: Read

DaJuan Saunders - NF4837
SCI Coal Township
1 Kelley Drive
Coal Township

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 17866 $ 002.60⁰
02 4W
0000365961 MAY 13 2021

RECEIVED
SCRANTON

MAY 17 2021

PER _____
DEPUTY CLERK

Office of the Clerk.
United States District Court
235 North Washington Ave
P.O. Box 1148

Scranton, PA 18501-1148